IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEMETRIUS DIANE MCCOMB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | CASE NO. 2:12-CV-098-WKW |
| ) | [WO] |
| FELICIA COACH, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

## **ORDER**

On February 9, 2015, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 36.) Upon an independent review of the record, it is ORDERED that the Magistrate Judge's Recommendation (Doc. # 36) is ADOPTED and that Plaintiff Demetrius Diane McComb's case is DISMISSED on account of her abandonment of her claims, failure to prosecute, and failure to comply with the court's orders.

An appropriate final judgment will be entered separately.

DONE this 3rd day of March, 2015.

                                                    /s/ W. Keith Watkins
                                       CHIEF UNITED STATES DISTRICT JUDGE